Michael A. Bliven
Kraig W. Moore
BLIVEN LAW FIRM, P.C.
278 Fourth Avenue E.N.
Kalispell, MT 59901
Telephone: (406) 755-6828

Attorney for Plaintiff

CLERK OF DISTRICT COURT
2017 NOV 17 PM 4:31
FILED
BY DEPUTY

**MONTANA ELEVENTH JUDICIAL DISTRICT COURT, FLATHEAD COUNTY**

| | |
|---|---|
| **VICTORIA J. LAHTI,** Plaintiff, v. **LIBERTY MUTUAL GROUP INC.; d/b/a SAFECO INSURANCE, and SAFECO INSURANCE COMPANY OF ILLINOIS,** Defendant. | **Cause No.** DV-17-1171 B<br>ROBERT B ALLISON<br>**COMPLAINT, REQUEST FOR DECLARATORY JUDGMENT, and DEMAND FOR JURY TRIAL** |

**COMES NOW,** Plaintiff, Victoria J. Lahti, and hereby complains and allege as follows, based upon information and belief:

1. Jurisdiction for this cause lies within the State of Montana, in that the collision and injuries, which are the subject of this Complaint, occurred within the State of Montana.

2. This cause arises from a motor vehicle accident involving Plaintiff and two other automobiles, which occurred on or about August 24, 2015.

3. At all material times herein, Defendant Liberty Mutual Group Inc., also doing business in the State of Montana as SAFECO Insurance and SAFECO Insurance Company of Illinois (hereinafter collectively "Liberty Mutual"), is and was qualified to do business in the State of Montana. Liberty Mutual sold insurance policies and collected premiums for those policies, thus doing business in the State of Montana and purposefully availing

itself to the laws, jurisdiction, and courts of Montana. All insurance policies at issue were sold within the State of Montana to Montana citizens and residents.

4. At all material times, Plaintiff was a resident of Flathead County, Montana.

5. At all material times, Defendant Liberty Mutual insured Plaintiff, Victoria Lahti under an underinsured motorist (UIM) policy.

6. At all material times, the owner and driver of the vehicle that struck Plaintiff, Guy Ray Emett (hereinafter "Emett"), was a resident of Montana.

7. At all material times herein, Emett was insured.

8. Plaintiff's economic damages alone exceed the policy limits of Emett's underlying policies.

9. Plaintiff's economic damages alone, of which proof of loss has been submitted to Defendant Liberty Mutual and request for payment made, far exceed the UIM policy limits that Defendant Liberty Mutual has represented that the Plaintiff had purchased.

10. Despite these facts, Defendant Liberty Mutual continues to deny coverage and continues to refuse to make payment after ongoing and repeated requests.

## FACTS COMMON TO ALL COUNTS

11. Plaintiff re-alleges the allegations contained in paragraphs 1 through 10.

12. On or about August 24, 2015, Plaintiff was driving westbound on W. Center Street, in Kalispell, Montana, when the car in front of her stopped for a crossing construction crew. Plaintiff came to a stop. As she was stopped, Emett failed to stop and collided with the rear of Plaintiff's car, causing Plaintiff to subsequently collide with the car in front of her. A copy of the Crash Investigator's Report is attached as **Exhibit 1**.

13. Plaintiff complained of pain at the scene of the accident. See **Exhibit 1**.

14. On September 2, 2015, Plaintiff visited Dr. Annie Bukacek at Hosanna Health Care in Kalispell, Montana. As a result of Plaintiff's injuries from her motor vehicle accident, Dr. Bukacek excused Plaintiff from work until September 16, 2015.

15. Plaintiff was released to work on September 16, 2015, but she continued to experience neck pain from her accident.

16. On October 21, 2015, Plaintiff experienced a work-related back injury that was precipitated by her accident injuries. Dr. Bukacek excused her from work until October 28, 2015, at which time she was released to return.

17. On November 4, 2015, Plaintiff was excused from work until further notice due to symptoms her treating physician described as "debilitating".

18. On November 23, 2015, Dr. Bukacek attributed Plaintiff's symptoms, which were characterized as significant neck pain, headaches, foggy thinking, and difficulty concentrating, to her motor vehicle accident and not her work-related back injury.

19. As of November 24, 2015, Plaintiff had missed a total of fourteen workdays in the month of November 2015 alone.

20. On December 11, 2015, Dr. Bukacek opined that, due to Plaintiff's debilitating headaches, neck pain, and cognitive decline resulting from her motor vehicle accident, Plaintiff could return to work but only in a different employment position that had fewer physical demands.

## COUNT I

## REQUEST FOR DECLARATORY JUDGMENT

21. Plaintiff hereby re-alleges the allegations set forth in paragraphs 1 through 20.

22. Plaintiff, pursuant to Sec. 27-8-201, MCA *et. seq.*, and Rule 57 M.R.Civ.P, brings this

BLIVEN LAW FIRM, P.C.
KALISPELL, MT 59901

action for declaratory judgment for the Court to declare that Defendant Liberty Mutual has to pay for Plaintiff's expenses in excess of the at-fault driver's insurance policy limits.

23. Plaintiff requests this Honorable Court to declare that Defendant Liberty Mutual is obligated to make necessary payment of economic damages to Plaintiff pursuant to the Montana Supreme Court's holdings in *Ridley v. Guaranty National Insurance* (1997), 286 Mont. 325, 951 P.2d 987, *Dubray v. Farmers, Watters v. Guaranty National Insurance Co.*, *Shilhanek v. D-2 Trucking*, and interpreting and applying MCA 33-18-201.

24. Plaintiff has made repeated and ongoing requests for Defendant Liberty Mutual to pay all the benefits Plaintiff is entitled to under the UIM provisions of the policy/policies, pursuant to *Ridley, Dubray, Watters* and *Shilhanek*, as well as other coverages and stacked coverages under *Hardy v. State Farm*, 2003 MT 85 (Mont. 2003); *Dempsey v. Allstate*, 2004 MT 391 (Mont. 2004); and *Swanson v. Hartford*, 2002 MT 81 (Mont. 2002).

25. Defendant Liberty Mutual has failed to make the requested payments, and continues to refuse to make the requested payments, instead engaging in ongoing demands and asserting claimed policy provisions contrary to Montana law and the decisions of the Montana Supreme Court, public policy, and reasonable consumer expectations.

26. Plaintiff requires additional treatment and has a loss of earning capacity noted by her treating physicians and providers.

27. Plaintiff could not perform her past work requirements, has been forced to change her employment position, and needs wage replacement under *Dubray*.

28. Despite clear liability and damages, Defendant Liberty Mutual has failed to accept liability in this action, failed to affirm coverage in a timely fashion.

29. Defendant Liberty Mutual has failed to pay the benefits requested or to provide a timely explanation to requests for payment.

30. Plaintiff is an innocent victim of an automobile collision, and Plaintiff will suffer the kind of hardship and devastation to her income and health as addressed by Montana law, yet Defendant Liberty Mutual continues to refuse to make payment.

31. Defendant Liberty Mutual has failed to pay under the above case without condition or release. In fact, Defendant Liberty Mutual refused to make payment and continues to do so, after it has clearly been established that Plaintiff has additional wage loss and economic damages beyond the underlying policy limits.

32. Defendant Liberty Mutual has either sold policies with illusory coverage to its insureds, or has failed to provide coverage for which it sold policies and coverage.

33. Defendant Liberty Mutual has paid pursuant to *Ridley* and *Dubray* under similar circumstances as presented in this case.

34. Plaintiff requests that the Court enter judgment against Defendant Liberty Mutual on the above issues, and order them to make payment of damages previously submitted to Defendant Liberty Mutual but not paid to Plaintiff, without condition, delay, or release, with interest.

## COUNT II

## UNFAIR TRADE PRACTICES ACT

35. Plaintiff hereby re-alleges the allegations set forth in paragraphs 1 through 34.

36. Plaintiff offered to settle the claim with Defendant Liberty Mutual for the policy limits,

and Defendant Liberty Mutual confirmed receipt of the offer on October 25, 2016.

37. Defendant Liberty Mutual offered to settle the claim for $7,000.

38. Defendant Liberty Mutual's settlement offer was neither fair nor reasonable in light of Plaintiffs damages, which far exceeded the policy limits.

39. On November 11, 2016, Plaintiff rejected Defendant Liberty Mutual's settlement offer because it was neither fair nor reasonable. Plaintiff again offered to settle the claim for the UIM policy limits.

40. Defendant Liberty Mutual owed a duty to conduct a reasonable investigation based upon all available information before refusing to make requsted payment on a claim, in accordance with Mont. Code Ann. § 33-18-201(4).

41. Defendant Liberty Mutual violated that duty by failing to conduct a complete investigation based upon Plaintiffs individual claim and specific circumstances, before denying benefits requested, in violation of Mont. Code Ann. § 33-18-201(4).

42. Defendant Liberty Mutual owed a duty to affirm or deny coverage of claims within a reasonable time after proof of loss statements have been completed, according to Mont. Code Ann. § 33-18-201(5).

43. Defendant Liberty Mutual violated that duty when it failed to affirm or deny coverage within a reasonable time after Plaintiff provided proof of loss, in violation of Mont. Code Ann. § 33-18-201(5). Instead, Liberty Mutual invoked delay tactics by delaying responses to communications from Plaintiff, and failing to act on Plaintiffs claim.

44. Defendant Liberty Mutual owed a duty to attempt in good faith to effectuate prompt, fair, and equitable settlement of Plaintiffs claim where liability has become reasonably clear, according to Mont. Code Ann. § 33-18-201(6).

45. Defendant Liberty Mutual violated that duty when it neglected in good faith to effectuate a prompt, fair, and equitable settlement of Plaintiffs' claim after liability became reasonably clear, in violation of Mont Code Ann. § 33-18-201(6). Liberty Mutual instead chose to invoke denial and delay tactics by requesting unnecessary, irrelevant, and superfluous documentation from the Plaintiffs, as well as delaying responses to communications from Plaintiff, failing to act on Plaintiffs claim, refusing to provide requested reasonable explanation of the basis in the insurance policy for the denial of the claim or offer to settle in violation of Mont. Code Ann. § 33-18-201(6). Defendant has further refused to make reasonable payment under UIM coverage, in violation of 33-18-201(6) and *Dubray v. Farmers Insurance Exchange*, 2001 MT 251, 307 Mont. 134, 36 P.3d 897 (Mont. 2001); *Shilhanek v. D-2 Trucking, Inc.*, 2003 MT 122, 315 Mont. 519, 70 P.3d 721 (Mont. 2003), *Ridley v. Guaranty Nat. Ins. Co.*, 286 Mont. 325, 951 P.2d 987 (Mont. 1997); and *Watters v. Guaranty National Insurance Co.*, 2000 MT 150, 300 Mont. 91, 3 P.3d 626 (Mont. 2000).

46. Defendant Liberty Mutual had a duty to provide a reasonable explanation of the basis in the insurance policy in relation to the facts or applicable law for the denial of a claim or for the offer of a compromise settlement, in accordance with § 33-18-201(14), MCA.

47. Defendant Liberty Mutual violated that duty by failing to provide a reasonable explanation, for the denial of Plaintiff's claim or offer to settle, in violation of § 33-18-201(14), MCA.

48. Defendant Liberty Mutual has made it a pattern of its practices and behavior in handling and adjusting Plaintiff's claim to violate Sec. 33-18-201, MCA; Sec. 33-18-242, MCA; and its common law duties of good faith and fair dealing and fiduciary duties with its

insureds, by continuing to deny payments when proof of damages have been well established and properly submitted. This behavior is not consistent with its fiduciary duties to the victims of its insured and Sections 33-18-201 and 242, MCA, and in violation of the reasonable expectations of the victims of its insureds and the Defendant's own advertising representations and promises.

49. Plaintiff has been injured by Defendant Liberty Mutual's improper actions in that she has been further victimized and unable pay her bills, or provide for herself for a period of time.

50. Plaintiff has suffered severe emotional distress and humiliation, as well as an extreme fear of financial hardship, as a result of Defendant Liberty Mutual's unfair claim settlement practices, and she is entitled to payment of these additional actual damages pursuant to Mont. Code Ann. § 33-18-242(1), (4), and *Lorang v. Fortis Insurance Company* (2008), 345 Mont. 12, 192 P.3d 186.

51. Defendant Liberty Mutual's actions constitute fraud and/or malice, and it should be required to pay exemplary damages in accordance with Mont. Code Ann. § 27-1-221.

**WHEREFORE,** Plaintiffs pray for judgment against Defendant Liberty Mutual as follows:

1. For all general and compensatory damages proved and awarded by the jury or court;
2. For all special damages proved and awarded by the jury or court;
3. For all other damages allowed by law and awarded by the jury;
4. For Plaintiff's costs and disbursements in this action; and
5. That the Court declare Defendant Liberty Mutual's responsibility to pay for all damages, including reasonable attorneys fees, which have resulted from its untimely denial of payment for any and all policy provisions.

6. That the Court declare Defendant Liberty Mutual's responsibility to make payment of wage loss and other economic damages expenses. Payment shall include reasonable attorneys fees, which have resulted in Defendant Liberty Mutual's denial of payment under the policy provisions for UIM coverage, and requests made pursuant to Montana law, including *Ridley, Dubray, Watters, and Shilhanek.*
7. That the Defendants be required to effectuate a fair, equitable and prompt settlement as to the additional damages set forth herein
8. For Plaintiff's reasonable attorney fees and costs as provided under Montana law including Sec. 27-8-313, MCA, *Renville, Buxbaum, Brewer and Mlekush.*
9. For pre-judgment interest at the rate of 10% per annum and post-judgment interest at the rate of 10% per annum.
10. For such other and further relief as the Court deems just and equitable under the circumstances.

**JURY DEMAND**

1. Plaintiff hereby demands a jury trial on all claims triable by right.

Dated: November 17, 2017

BLIVEN LAW FIRM, P.C.

By:______________________

Michael A. Bliven
278 Fourth Avenue East North
Kalispell, MT 59901
Attorneys for Plaintiffs

# MONTANA VEHICLE CRASH REPORT

Montana Highway Patrol
2550 PROSPECT AVE
HELENA, MT 59620

| Crash Number | Reporting Agency | Reporting Agency Case Number | Reporting Agency CAD Number | ORI |
|---|---|---|---|---|
| P067-01019-01 | KALISPELL POLICE DEPARTMENT | 2015-21233 | 2015-21233 | MT0150300 |

## CRASH IDENTIFIERS

| County of Crash | City | Crash Date/Time | Reported Date/Time | Dispatched Date/Time |
|---|---|---|---|---|
| FLATHEAD (07) | KALISPELL () | 08/24/2015 11:38 AM | 08/24/2015 11:38 AM | 08/24/2015 11:40 AM |

| On Scene Date/Time | Cleared Scene Date/Time | Complete Date/Time | Reason (if Investigation Not Complete) | Source of Information |
|---|---|---|---|---|
| 08/24/2015 11:44 AM | 08/24/2015 12:16 PM | 08/24/2015 12:16 PM | | KALISPELL POLICE DEPARTMENT |

## ROADWAY INFORMATION

Roadway Description for Location of Occurrence: W CENTER
☐ Notify MDOT ☐ Site Survey
Latitude: N 48 11 50.80
Longitude: W 114 19 18.79
Intersecting Roadway Description for Location of Occurrence: 6TH ALLEY W
Distance / Direction to Crash Location:
☑ Roadway Blocked
Roadway Cleared Date/Time: 8/24/2015 12:16:00 PM
Part of National Highway System: NO
Roadway Functional Class Type:
Roadway Functional Class Detail:
Roadway Access Control: NO ACCESS CONTROL
Type of Shoulder: CURB
Roadway Lighting: NO LIGHTING
Roadway Bikeway Facility: NONE
Signed Bicycle Route: NOT APPLICABLE
Traffic Control Type at Intersection: NO CONTROL
Mainline Number of Lanes at Intersection:
Side Road Number of Lanes at Intersection:

## CRASH INFORMATION

Light Condition: DAYLIGHT
Weather Condition: CLEAR
Roadway Surface Condition: DRY
Roadway Surface Composition: CHIP SEALED BLACKTOP
Manner of Crash Collision / Impact: FRONT TO REAR
☑ Crash Pictures Taken
First Harmful Event Type: COLLISION NON-FIXED OBJECT
First Harmful Event Detail: MOTOR VEHICLE IN TRANSPORT
Location Of First Harmful Event Relative To The Trafficway: ON ROADWAY
First Harmful Event's Relation to Junction: NON-JUNCTION
Is First Harmful Event within Interchange Area: NO
Type of Intersection: T-INTERSECTION
Contributing Circumstances: Environment: NONE
Contributing Circumstances: Environment: NONE
Contributing Circumstances: Environment: NONE
Contributing Circumstances: Road: NONE
Contributing Circumstances: Road: NONE
Contributing Circumstances: Road: NONE
School Bus Related: NO
Work Zone Related: NO
Crash Location In Work Zone:

## VEHICLE V01

V01
Motor Vehicle Type: MOTOR VEHICLE IN TRANSPORT
State: MT
License Number: 763515A
Registration Expires:
☑ Permanent Registration
VIN: 1GTEK14Z3RZ505053
Year: 1994
Make: GMC
Model: SIERRA
Style: PICKUP
Color: SIL
Body Type Category: PICKUP
Special Function of Motor Vehicle in Transport: NO SPECIAL FUNCTION
Emergency Motor Vehicle Use: NO
Type of Bus Use: NOT A BUS
Owner First Name: GUY
Owner Middle Name: RAY
Owner Last Name: EMETT
Owner Suffix:
Owner Business (if not Person):
Address: 1035 6TH ST W
Address Other:
City: KALISPELL
State: MT
Zip Code: 59901
Owner Phone Number: (406) 360-2652
Owner Phone Number (other):
Insurance Company: GEICO
Insurance Policy Number: 4143879288
Insurance Broker or Agent:
Vehicle Removal: TOWED DUE TO DISABLING DAMAGE
Vehicle Towed By: BOLSTERS
Wrecker Selection Method: ROTATION
Trailer: One
State: MT
License Number: 750603B
Registration Expires:
☑ Permanent Registration
VIN: 1ED1J252522476068
Year: 2002
Make: FLEETWOOD
Model: WILDERNESS
Color: WHI
Length: 25
Axles: 2
Direction of Travel Before Crash: WESTBOUND
Speed: Estimated: Posted: 25
Roadway Type: UNDIVIDED HIGHWAY
Total Lanes: 2
Roadway Horizontal Alignment: STRAIGHT
Roadway Grade: LEVEL
Trafficway Description: TWO-WAY NOT DIVIDED
Traffic Control Device Type: NO CONTROLS
Working Properly: YES
Roadway Description for Vehicle Travel: WB 500 BLOCK W CENTER ST
Vehicle Maneuver Action (by this vehicle): SLOWING
Hit & Run (by this vehicle): NO DID NOT LEAVE SCENE
Damage Extent (for this vehicle): DISABLING DAMAGE
Damage Estimate:
1st Sequence of Events Type (this vehicle): COLLISION NON-FIXED OBJECT
1st Sequence of Events Detail (this vehicle): MOTOR VEHICLE IN TRANSPORT
2nd Sequence of Events Type (this vehicle): UNKNOWN
2nd Sequence of Events Detail (this vehicle):
3rd Sequence of Events Type (this vehicle): UNKNOWN
3rd Sequence of Events Detail (this vehicle):
4th Sequence of Events Type (this vehicle): UNKNOWN
4th Sequence of Events Detail (this vehicle):
Most Harmful Event Type (this vehicle): COLLISION NON-FIXED OBJECT
Most Harmful Event Detail (this vehicle): MOTOR VEHICLE IN TRANSPORT
Contributing Circumstances 1 (this vehicle): NONE
Contributing Circumstances 2 (this vehicle): NONE

Area of Initial Impact
☐ Non Collision
☐ Top
☐ Undercarriage
☐ Unknown

Most Damaged Area
☐ Non Collision
☐ Top
☐ Undercarriage
☐ Unknown

| Occupant Type | Person Name (First Middle Last Suffix) | Injury Status |
|---|---|---|
| DRIVER | GUY RAY EMETT | NO INJURY |

## VEHICLE V02

V02
Motor Vehicle Type: MOTOR VEHICLE IN TRANSPORT
State: MT
License Number: 720509B
Registration Expires: 9/30/2016
☐ Permanent Registration
VIN: 5NMSG73D38H183160
Year: 2008
Make: HYUN
Model: SANTA FE
Style: SPORT UTILITY
Color: GRN
Body Type Category: (SPORT) UTILITY VEHICLE

FP067-01019-01 KALISPELL POLICE DEPARTMENT 2015-21233 2015-21233 M101000300

Owner First Name: VICTORIA | Owner Middle Name: JEAN | Owner Last Name: LAHTI | Owner Suffix: | Owner Business (if not Person):
Address: 1045 CONRAD DR #113 | Address Other: | City: KALISPELL | State: MT | Zip Code: 59901
Owner Phone Number: (971) 339-8654 | Owner Phone Number (other): | Insurance Company: SAFCO | Insurance Policy Number: M1701270 | Insurance Broker or Agent:
Vehicle Removal: DRIVEN - NOT DISABLED | Vehicle Towed By: | Wrecker Selection Method:
Direction of Travel Before Crash: WESTBOUND | Estimated Speed: | Posted Speed: 25 | Roadway Type: UNDIVIDED HIGHWAY | Total Lanes: 2 | Roadway Horizontal Alignment: STRAIGHT | Roadway Grade: LEVEL
Trafficway Description: TWO-WAY NOT DIVIDED | Traffic Control Device Type: NO CONTROLS | Working Properly: YES
Roadway Description for Vehicle Travel: WB 500 BLOCK W CENTER ST
Vehicle Maneuver Action (by this vehicle): STOPPED IN TRAFFIC | Hit & Run (by this vehicle): NO DID NOT LEAVE SCENE | Damage Extent (for this vehicle): FUNCTIONAL DAMAGE | Damage Estimate:
1st Sequence of Events Type (this vehicle): COLLISION NON-FIXED OBJECT | 1st Sequence of Events Detail (this vehicle): MOTOR VEHICLE IN TRANSPORT
2nd Sequence of Events Type (this vehicle): UNKNOWN | 2nd Sequence of Events Detail (this vehicle):
3rd Sequence of Events Type (this vehicle): UNKNOWN | 3rd Sequence of Events Detail (this vehicle):
4th Sequence of Events Type (this vehicle): UNKNOWN | 4th Sequence of Events Detail (this vehicle):
Most Harmful Event Type (this vehicle): COLLISION NON-FIXED OBJECT | Most Harmful Event Detail (this vehicle): MOTOR VEHICLE IN TRANSPORT
Contributing Circumstances 1 (this vehicle): NONE | Contributing Circumstances 2 (this vehicle): NONE

Area of Initial Impact: ☐ Non Collision ☐ Top ☐ Undercarriage ☐ Unknown
Most Damaged Area: ☐ Non Collision ☐ Top ☐ Undercarriage ☐ Unknown

Occupant Type: DRIVER | Person Name (First Middle Last Suffix): VICTORIA JEAN LAHTI | Injury Status: POSSIBLE INJURY

## VEHICLE V03

V03 | Motor Vehicle Type: MOTOR VEHICLE IN TRANSPORT | State: MT | License Number: 735397B | Registration Expires: 5/31/2016 | ☐ Permanent Registration | VIN: 1FTFW1EF6DKD27377
Year: 2016 | Make: FORD | Model: F150 PICKUP | Style: PICKUP | Color: SIL | Body Type Category: PICKUP
Special Function of Motor Vehicle in Transport: NO SPECIAL FUNCTION | Emergency Motor Vehicle Use: NO | Type of Bus Use: NOT A BUS
Owner First Name: CLYDE | Owner Middle Name: JUSTIN | Owner Last Name: HUBBS | Owner Suffix: | Owner Business (if not Person):
Address: 13053RD ST W | Address Other: | City: KALISPELL | State: MT | Zip Code: 59901
Owner Phone Number: (406) 314-4985 | Owner Phone Number (other): | Insurance Company: STATE FARM | Insurance Policy Number: 0526862E0126A | Insurance Broker or Agent:
Vehicle Removal: DRIVEN - NOT DISABLED | Vehicle Towed By: | Wrecker Selection Method:
Direction of Travel Before Crash: WESTBOUND | Estimated Speed: | Posted Speed: 25 | Roadway Type: UNDIVIDED HIGHWAY | Total Lanes: 2 | Roadway Horizontal Alignment: STRAIGHT | Roadway Grade: LEVEL
Trafficway Description: TWO-WAY NOT DIVIDED | Traffic Control Device Type: NO CONTROLS | Working Properly: YES
Roadway Description for Vehicle Travel: WB 500 BLOCK W CENTER ST
Vehicle Maneuver Action (by this vehicle): STOPPED IN TRAFFIC | Hit & Run (by this vehicle): NO DID NOT LEAVE SCENE | Damage Extent (for this vehicle): MINOR DAMAGE | Damage Estimate:
1st Sequence of Events Type (this vehicle): COLLISION NON-FIXED OBJECT | 1st Sequence of Events Detail (this vehicle): MOTOR VEHICLE IN TRANSPORT
2nd Sequence of Events Type (this vehicle): UNKNOWN | 2nd Sequence of Events Detail (this vehicle):
3rd Sequence of Events Type (this vehicle): UNKNOWN | 3rd Sequence of Events Detail (this vehicle):
4th Sequence of Events Type (this vehicle): UNKNOWN | 4th Sequence of Events Detail (this vehicle):
Most Harmful Event Type (this vehicle): COLLISION NON-FIXED OBJECT | Most Harmful Event Detail (this vehicle): MOTOR VEHICLE IN TRANSPORT
Contributing Circumstances 1 (this vehicle): NONE | Contributing Circumstances 2 (this vehicle): NONE

Area of Initial Impact: ☐ Non Collision ☐ Top ☐ Undercarriage ☐ Unknown
Most Damaged Area: ☐ Non Collision ☐ Top ☐ Undercarriage ☐ Unknown

Occupant Type: DRIVER | Person Name (First Middle Last Suffix): CLYDE JUSTIN HUBBS | Injury Status: NO INJURY

## DRIVER V01

Person Type: DRIVER | NM#: | Vehicle#: V01 | Person Type Detail:
First Name: GUY | Middle Name: RAY | Last Name: EMETT | Suffix: | Date of Birth: 09/29/1962 | Age: 53 | Sex: M

| Address | Address Other | City | State | Zip Code |
|---|---|---|---|---|
| 1035 5TH ST W | | KALISPELL | MT | 59901 |

| Phone Number | Phone Number (other) | Condition at Time of Crash |
|---|---|---|
| (406) 360-2852 | | APPARENTLY NORMAL |

| Driver License Number | Class | Expires | State | Jurisdiction | Type | Status |
|---|---|---|---|---|---|---|
| 030871962412 9 | A | 03/29/2017 | MT | 02 | COMMERCIAL DRIVER LICENSE (CDL) | VALID LICENSE |

Commercial Motor Vehicle Endorsements: T-DOUBLE/TRIPLE TRAILER — ☐ Recommend Driver ReExam

| Drivers License Restrictions 1 | Drivers License Restrictions 2 | Drivers License Restrictions 3 |
|---|---|---|
| NONE | NONE | NONE |

| Driver Distracted By | Driver Vision Obstructions |
|---|---|
| UNKNOWN | VISION NOT OBSCURED |

| Driver Actions at Time of Crash 1 (based on judgement of investigation officer) | Driver Actions at Time of Crash 2 (based on judgement of investigation officer) |
|---|---|
| DROVE IN DISTRACTED, INATTENTIVE OR CARELESS MANNER | NO CONTRIBUTING ACTION |
| **Driver Actions at Time of Crash 3 (based on judgement of investigation officer)** | **Driver Actions at Time of Crash 4 (based on judgement of investigation officer)** |
| NO CONTRIBUTING ACTION | NO CONTRIBUTING ACTION |

| Motor Vehicle Seating Position: Row | Motor Vehicle Seating Position: Seat | Motor Vehicle Seating Position: Other | ☐ Seating Position Unknown |
|---|---|---|---|
| FRONT | LEFT | NOT APPLICABLE | |

| Restraint Systems | Helmet Use |
|---|---|
| UNKNOWN | |
| **Air Bag Deployed** | **Ejection** |
| DEPLOYMENT UNKNOWN | NOT EJECTED |

Trapped Extrication: NOT TRAPPED

| Injury Severity Level Type | Injury Severity Level Detail | Primary or Most Obvious of Body Area Injured During Crash |
|---|---|---|
| NO INJURY | | |

| Source of Transport to Medical Facility | EMS Agency Name or ID | EMS Run Number | Medical Facility Transported To |
|---|---|---|---|
| NOT TRANSPORTED | | | |

| Law Enforcement Suspected Alcohol Use | Alcohol Test Type | Alcohol Tested | Alcohol Test Results |
|---|---|---|---|
| NO | | TEST NOT GIVEN | |
| **Law Enforcement Suspected Drug Use** | **Drug Test Type** | **Drug Tested** | **Drug Test Results** |
| NO | | TEST NOT GIVEN | |

| Violation Type Issued | Number | Violation Description |
|---|---|---|
| MCA | 067A174041 | 61-8-302(1) [1] CARELESS DRIVING |

## DRIVER V02

| Person Type | NM# | Vehicle# | Person Type Detail |
|---|---|---|---|
| DRIVER | | V02 | |

| First Name | Middle Name | Last Name | Suffix | Date of Birth | Age | Sex |
|---|---|---|---|---|---|---|
| VICTORIA | JEAN | LAHTI | | 02/01/1956 | 59 | F |

| Address | Address Other | City | State | Zip Code |
|---|---|---|---|---|
| 1045 CONRAD DR #113 | | KALISPELL | MT | 59901 |

| Phone Number | Phone Number (other) | Condition at Time of Crash |
|---|---|---|
| (971) 338-8654 | | APPARENTLY NORMAL |

| Driver License Number | Class | Expires | State | Jurisdiction | Type | Status |
|---|---|---|---|---|---|---|
| 020871956 4101 | | 02/01/2021 | MT | 02 | NON-CDL DRIVER'S LICENSE | VALID LICENSE |

| Drivers License Restrictions 1 | Drivers License Restrictions 2 | Drivers License Restrictions 3 |
|---|---|---|
| NONE | NONE | NONE |

| Driver Distracted By | Driver Vision Obstructions |
|---|---|
| NOT DISTRACTED | VISION NOT OBSCURED |

| Driver Actions at Time of Crash 1 (based on judgement of investigation officer) | Driver Actions at Time of Crash 2 (based on judgement of investigation officer) |
|---|---|
| NO CONTRIBUTING ACTION | NO CONTRIBUTING ACTION |
| **Driver Actions at Time of Crash 3 (based on judgement of investigation officer)** | **Driver Actions at Time of Crash 4 (based on judgement of investigation officer)** |
| NO CONTRIBUTING ACTION | NO CONTRIBUTING ACTION |

| Motor Vehicle Seating Position: Row | Motor Vehicle Seating Position: Seat | Motor Vehicle Seating Position: Other | ☐ Seating Position Unknown |
|---|---|---|---|
| FRONT | LEFT | NOT APPLICABLE | |

| Restraint Systems | Helmet Use |
|---|---|
| UNKNOWN | |
| **Air Bag Deployed** | **Ejection** |
| DEPLOYMENT UNKNOWN | NOT EJECTED |

Trapped Extrication: NOT TRAPPED

| Injury Severity Level Type | Injury Severity Level Detail | Primary or Most Obvious of Body Area Injured During Crash |
|---|---|---|
| POSSIBLE INJURY | | HEAD |

| Source of Transport to Medical Facility | EMS Agency Name or ID | EMS Run Number | Medical Facility Transported To |
|---|---|---|---|
| NOT TRANSPORTED | KFD | | |

Injury Description (Type of injury inflicted to Primary or Most Obvious Body Area Injured during Crash. Can come from EMS / Hospital records).
HEAD / CHIN AREA PAIN

| Law Enforcement Suspected Alcohol Use | Alcohol Test Type | Alcohol Tested | Alcohol Test Results |
|---|---|---|---|
| NO | | TEST NOT GIVEN | |
| **Law Enforcement Suspected Drug Use** | **Drug Test Type** | **Drug Tested** | **Drug Test Results** |
| NO | | TEST NOT GIVEN | |

## DRIVER V03

| Person Type | NM# | Vehicle# | Person Type Detail |
|---|---|---|---|
| DRIVER | | V03 | |

| First Name | Middle Name | Last Name | Suffix | Date of Birth | Age | Sex |
|---|---|---|---|---|---|---|
| CLYDE | JUSTIN | HUBBS | | 01/15/1984 | 31 | M |

| Address | Address Other | City | State | Zip Code |
|---|---|---|---|---|
| 1305 3RD ST W | | KALISPELL | MT | 59901 |

| Phone Number | Phone Number (other) | Condition at Time of Crash |
|---|---|---|
| (406) 314-4985 | | APPARENTLY NORMAL |

| Driver License Number | Class | Expires | State | Jurisdiction | Type | Status |
|---|---|---|---|---|---|---|
| 01 0001984411 5 | | 01/15/2020 | MT | 02 | COMMERCIAL DRIVER LICENSE (CDL) | VALID LICENSE |

Commercial Motor Vehicle Endorsements: T-DOUBLE/TRIPLE TRAILER — ☐ Recommend Driver ReExam

| Drivers License Restrictions 1 | Drivers License Restrictions 2 | Drivers License Restrictions 3 |
|---|---|---|
| NONE | NONE | NONE |

| Driver Distracted By | Driver Vision Obstructions |
|---|---|
| NOT DISTRACTED | VISION NOT OBSCURED |

| Driver Actions at Time of Crash 1 (based on judgement of investigation officer) | Driver Actions at Time of Crash 2 (based on judgement of investigation officer) |
|---|---|
| NO CONTRIBUTING ACTION | NO CONTRIBUTING ACTION |
| **Driver Actions at Time of Crash 3 (based on judgement of investigation officer)** | **Driver Actions at Time of Crash 4 (based on judgement of investigation officer)** |

| P067-01019-01 | KALISPELL POLICE DEPARTMENT | 2015-21233 | 2015-21233 | MT0150500 |
|---|---|---|---|---|

| Motor Vehicle Seating Position: Row | Motor Vehicle Seating Position: Seat | Motor Vehicle Seating Position: Other | ☐ Seating Position Unknown |
|---|---|---|---|
| FRONT | LEFT | NOT APPLICABLE | |

| Restraint Systems | Helmet Use |
|---|---|
| UNKNOWN | |

| Air Bag Deployed | Ejection |
|---|---|
| DEPLOYMENT UNKNOWN | NOT EJECTED |

| Trapped Extrication |
|---|
| NOT TRAPPED |

| Injury Severity Level Type | Injury Severity Level Detail | Primary or Most Obvious of Body Area Injured During Crash |
|---|---|---|
| NO INJURY | | |

| Source of Transport to Medical Facility | EMS Agency Name or ID | EMS Run Number | Medical Facility Transported To |
|---|---|---|---|
| NOT TRANSPORTED | | | |

| Law Enforcement Suspected Alcohol Use | Alcohol Test Type | Alcohol Tested | Alcohol Test Results |
|---|---|---|---|
| NO | | TEST NOT GIVEN | |

| Law Enforcement Suspected Drug Use | Drug Test Type | Drug Tested | Drug Test Results |
|---|---|---|---|
| NO | | TEST NOT GIVEN | |

**NARRATIVE: P067-01019**

Vehicles 1, 2, and 3 westbound 500 block W Center St. Vehicle 3 stopped in traffic lane for CHS employee signaling for traffic to stop so forklift could maneuver briefly onto the roadway. Vehicle 2 was westbound 500 block W Center street behind vehicle 3 and stopped behind vehicle 3. Vehicle 1 was westbound 500 block of W Center St behind vehicle 2. Driver of vehicle 1 stated he looked away briefly and when he looked to the front again, he observed other vehicles stopped in front of him and attempted to stop. Front of vehicle 1 struck the rear of vehicle 2 pushing front of vehicle 2 into the rear of vehicle 3.

**REPORTING OFFICER / SUPERVISOR APPROVAL**

| Reporting Officer | | | Approving Supervisor | | | Case Identifier |
|---|---|---|---|---|---|---|
| ID Number | Rank | Name | ID Number | Rank | Name | P067-01019-01 |
| 1209 | SGT | CORBETT, B | 6046 | RECORDS | BETSCHART, J | |
| Signature: [signature] K9 | | | Signature: Records Print User | | | |

| P087-01019-01 | KALISPELL POLICE DEPARTMENT | 2015-21233 | 2015-21233 | MT0150300 |
|---|---|---|---|---|

DIAGRAM OF ACCIDENT

N
3
2
1
500 Block W. Center St.
6th Alley W