IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| **VICTORIA J. LAHTI**, <br><br> Plaintiff, <br><br> v. <br><br> **LIBERTY MUTUAL GROUP, INC. and SAFECO INSURANCE COMPANY OF ILLINOIS**, <br><br> Defendants. | Cause No. CV **18-00096-RWA** <br><br> ORDER |

Upon stipulation of the parties hereto, and good cause appearing therefor,

IT IS HEREBY ORDERED that the above matter is dismissed with prejudice as fully and finally settled on the merits, each party to bear its own costs and attorneys' fees incurred herein.

Done and dated in Butte this 26th day of September, 2018.

   /s/ Richard W. Anderson
RICHARD W. ANDERSON
UNITED STATES MAGISTRATE JUDGE